```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 18695
    LEMARR E WILSON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK


          Debtor
    SSN XXX-XX-5839


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

     1.  The case was filed on 05/11/05 and confirmed on 08/11/05.

     2.  The case was converted to Chapter 7 after confirmation, 02/05/2008.

     3.  The Debtor paid a total of $  12440.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 923.90 | .00 | 923.90 |
| AMERICREDIT FINANCIAL | SECURED | 11950.00 | 1592.34 | 7197.51 |
| ILLINOIS AMERICAN WATER | SECURED | 868.00 | 60.23 | 540.49 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| OSI PORTFOLIO SERVICES | UNSECURED | 223.26 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 542.74 | .00 | .00 |
| NATIONAL RECOVERIES INC | UNSECURED | 331.95 | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 421.13 | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| LOU HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 537.69 | .00 | .00 |
| NATIONAL RECOVERIES INC | UNSECURED | 209.22 | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 763.85 | .00 | .00 |
| OXFORD COLLECTION SRVS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| PROGRESSIVE MANAGMENT SY | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| UNIFUND | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTION BUREAU | UNSECURED | 1014.24 | .00 | .00 |
| WAL MART STORES | FILED LATE | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 1756.60 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1434.21 | .00 | .00 |

```
NATIONAL RECOVERIES INC    UNSECURED         60.39            .00          .00
AT&T WIRELESS              UNSECURED        363.84            .00          .00
ILLINOIS DEPT REVENUE      FILED LATE          .00            .00          .00
FIA CARD SERVICES          FILED LATE          .00            .00          .00
         Summary of disbursements:
--------------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   13741.90          .00      7659.12         .00     21401.02
PRINCIPAL PAID        8661.90          .00          .00         .00      8661.90
INTEREST PAID         1652.57          .00          .00         .00      1652.57
TOTAL PAID           10314.47          .00          .00         .00     10314.47
```

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   2200.00
and was paid $    600.00  direct and $   1600.00  through the plan.

The Trustee received $     525.53 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/20/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE